SHUGART & SHUGART *v.* ECHOTA COTTON MILLS *et al.*

ATKINSON, J.   On conflicting evidence the court did not abuse his discretion in refusing to grant an interlocutory injunction.

> *Judgment affirmed.   All the Justices concur.*

No. 3231.   JANUARY 23, 1923.

Petition for injunction.   Before Judge Tarver.   Gordon superior court.   March 25, 1922.

*M. B. Eubanks* and *Y. A. Henderson,* for plaintiffs.

*A. L. Henson, J. H. Paschall, J. G. B. Erwin,* and *Maddox, McCamy & Shumate,* for defendants.